UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR119-052 |
| | ) | |
| v. | ) | |
| | ) | |
| DIANE FREEMAN | ) | |

### JOINT STIPULATED ORDER FOR
### VOLUNTARY PRE-JUDGMENT PAYMENT

The parties, the United States of America, and the Defendant Diane Freeman (hereinafter, the "Defendant"), agree and stipulate as follows:

1. On June 17, 2019, pursuant to a written plea agreement, the Defendant pled guilty to count-one of an Information, wherein she was charged with violating 18 U.S.C. § 1349. *See* Dkt. No. 50.

2. The plea agreement contained an acknowledgment that restitution ordered by the Court shall include restitution for the full loss caused by the Defendant's criminal conduct, which is expected to total $59,000.00

3. In an effort to demonstrate her acceptance of responsibility and her good faith desire to satisfy her expected order of restitution, the Defendant has made a voluntarily prejudgment payment in the amount of $50,000.00 to the Clerk of Court.

4. Presently, the Defendant has a balance of $9,000.00, but would like to remit an additional $2,500.00 towards the partial satisfaction of the restitution.

5. The Parties hereby agree that upon entry of judgment in the above-styled criminal case, all prejudgment payments received from and on behalf of the Defendant shall immediately be applied towards the balance of the Defendant's order of restitution.

6. The Clerk of Court is hereby directed to accept the Defendant's prejudgment payments, and upon entry of judgment, the Clerk of Court shall apply said payments to the balance of the Defendant's order to restitution.

IT IS SO ORDERED

Dated, entered, and made effective this day of September 14th, 2020.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

For Plaintiff:

Dated: 9/9/2020

_____
Xavier A. Cunningham
Assistant United States Attorney
New York State Bar Number 5269477
P.O. Box 8970 Savannah, GA 31214
Xavier.Cunningham@usdoj.gov

For Defendant:

Dated: 9.9.20

_____
Robert O. Switzer
Law Offices of Robert O. Switzer
111 Soledad Suite 1200
San Antonio, TX 78205
bobswitzerlaw@yahoo.com